AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) |
| Oliver Louis Sarko | ) Case: 1:21-mj-00358 |
|  | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 4/7/2021 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Oliver Louis Sarko                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date:     04/07/2021

*Issuing officer's signature*

Digitally signed by G. Michael Harvey
Date: 2021.04.07 20:23:33 -04'00'

City and state:     Washington, D.C.     G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 4/07/21, and the person was arrested on *(date)* 4/30/21
at *(city and state)* Columbus OHIO.

Date: 4/30/21

*Arresting officer's signature*

Bryan C. Thompson
*Printed name and title*