AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-mj-00358 |
| Oliver Sarko | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Defendant, Oliver Sarko.

Date: 05/05/2021

/s/ *Attorney's signature*

Mark Rollins
*Printed name and bar number*

419 7th Street, NW Suite 405, Washington, DC 200004
*Address*

Mark@rollinsandchan.com
*E-mail address*

202-455-5610
*Telephone number*

*FAX number*