UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | HON. COLLEEN KOLLAR-KOTELLY |
| | : | |
| OLIVER SARKO, | : | Crim. No. 21-cr-591 (CKK) |
| | : | |
| Defendant. | : | |
| | : | |

## STATEMENT OF OFFENSE

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Oliver Sarko, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public. On that day, a joint session of the United States Congress convened at the United States Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly

thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside. At approximately 2:00 p.m., certain individuals in the crowd forced their way through, up, and over the barricades, and officers of the U.S. Capitol Police, and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks by U.S. Capitol Police Officers or other authorized security officials.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the U.S. Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

Shortly thereafter, at approximately 2:20 p.m., members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the

Doc ID: 1f847733bd4f0d798abc24723f86091f5166bbd0

United States Congress, including the joint session, were effectively suspended until shortly after 8:00 p.m. the same day. In light of the dangerous circumstances caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who had entered the U.S. Capitol without any security screening or weapons check, Congressional proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol, and the building had been confirmed secured. The proceedings resumed at approximately 8:00 p.m. after the building had been secured. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *Oliver Sarko's Participation in the January 6, 2021, Capitol Riot*

On or about January 6, 2021, the defendant, Oliver Sarko traveled to Washington, D.C. to hear then-President Donald J. Trump speak. After attending the rally, Sarko walked to the United States Capitol Building. While walking to the Capitol Building, Sarko utilized his telephone to livestream footage of himself walking to the Capitol Building. Upon approaching the Capitol Building, Sarko made multiple statements such as: "We are storming the Capitol out here." "Where are the traitors?" "Bring out Pelosi!" "We won't let you steal this country." "We're actually breaking in right now." "Fight for Trump!"

After remaining outside of the Capitol Building, Sarko entered the building without authorization. Sarko entered the northwest side of the Capitol Building through the Senate Wing Door. While walking through the building, Sarko entered Room S140, an office dedicated to the use of a United States Senator.

Sarko knew at the time he entered the U.S. Capitol Building that that he did not have permission to either enter the U.S. Capitol Building or parade, demonstrate, or picket inside of the building.

*Oliver*

3

*Mark Rollins*

# ▼ HELLOSIGN

# Audit Trail

| | |
|---|---|
| **TITLE** | Sarko.Final Statement in Support of Plea.pdf |
| **FILE NAME** | Sarko.Final%20Sta...t%20of%20Plea.pdf |
| **DOCUMENT ID** | 1f847733bd4f0d798abc24723f86091f5166bbd0 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Completed |

This document was requested from app.clio.com

## Document History

**SENT**
11 / 04 / 2021
16:48:59 UTC
Sent for signature to Oliver Sarko (sarkooliver@gmail.com) from mark@rollinsandchan.com
IP: 98.218.235.169

**VIEWED**
11 / 04 / 2021
20:00:21 UTC
Viewed by Oliver Sarko (sarkooliver@gmail.com)
IP: 72.173.49.75

**SIGNED**
11 / 04 / 2021
20:04:08 UTC
Signed by Oliver Sarko (sarkooliver@gmail.com)
IP: 72.173.49.75

**COMPLETED**
11 / 04 / 2021
20:04:08 UTC
The document has been completed.

Powered by ▼ HELLOSIGN