UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Case No. 21-cr-591 (CKK) |
| OLIVER SARKO | : | |
| | : | |
| Defendant. | : | |

## MOTION TO CONTINUE SENTENCING HEARING AND VACATE SENTENCING RELATED DEADLINES

The United States of America moves this Court to continue the sentencing hearing currently scheduled for February 11, 2022 and move this Court to vacate the deadlines for the government and counsel for defendant to file sentencing memorandums.

Counsel for the government and defendant require additional time to address sentencing related issues prior to filing sentencing memorandums. Therefore, should this Court grant a continuance of this matter, the government would also request that the deadline for the government and the defendant to file sentencing memoranda also be vacated. Counsel for the defendant and the government have conferred. Counsel for defendant has no objection to this request. The parties are united in their belief that the jointly request continuance will strongly facilitate their preparedness and the effectiveness of all counsel.

1

## CONCLUSION

For the foregoing reasons the parties respectfully request that the Court grant the request to vacate the sentencing date currently set for February 11, 2022, grant a 30-day continuance of the above-captioned proceeding, and set a new submission deadline for the government's and defendant's sentencing memoranda to be filed.

Respectfully submitted,

MATTHEW M. GRAVES
Acting United States Attorney
D.C. Bar No. 481052


By:   */s/ Brittany L. Reed*
      BRITTANY L. REED
      Trial Attorney – Detailee
      La. Bar No. 31299
      650 Poydras Street, Ste. 1600
      New Orleans, Louisiana 70130
      Brittany.Reed2@usdoj.gov
      (504) 680-3000
