UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | |
| | : | Case No. 21-cr-591 (CKK) |
| **OLIVER SARKO** | : | |
| | : | |
| **Defendant.** | : | |

## MOTION TO CONTINUE SENTENCING HEARING

The United States of America moves this Court to continue the sentencing hearing currently scheduled for March 31, 2022. Undersigned counsel for the government is scheduled begin a trial on March 28, 2022, in the Eastern District of Louisiana, in the matter of *United States v. Curtis Johnson, Jr.* 17-CR-201. *See* Exhibit A.[1] The trial is expected to last the full week of March 28, 2022. The government requests a thirty (30) day continuance of the sentencing hearing.

Counsel for the defendant and the government have conferred. Counsel for defendant has no objection to this request.

---

[1] November 12, 2021, Minute Entry of Case 2:17-cr-00201-LMA-DMD.

## CONCLUSION

For the foregoing reasons the parties respectfully request that the Court grant the request to vacate the sentencing date currently set for March 28, 2022, grant a 30-day continuance of the above-captioned proceeding.

                                              Respectfully submitted,

                                              MATTHEW M. GRAVES
                                              Acting United States Attorney
                                              D.C. Bar No. 481052

                                  By:    */s/ Brittany L. Reed*
                                              BRITTANY L. REED
                                              Trial Attorney – Detailee
                                              La. Bar No. 31299
                                              650 Poydras Street, Ste. 1600
                                              New Orleans, Louisiana 70130
                                              Brittany.Reed2@usdoj.gov
                                              (504) 680-3000