MINUTE ENTRY
AFRICK, J.
November 12, 2021
JS-10 00:15

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**UNITED STATES OF AMERICA**             **CRIMINAL ACTION**

**VERSUS**             **No. 17-201**

**CURTIS JOHNSON, JR.**             **SECTION I**

## ORDER

On this date the Court held a telephone status conference with counsel for the United States and defendant Curtis Johnson, Jr. ("Johnson").

Previously, Johnson filed a motion[1] to continue the date for his re-trial. Johnson based his continuance request on another motion[2] for a new trial, filed by defendants Robert Brumfield, III ("Brumfield") and Jeremy Esteves ("Esteves"). The Court granted[3] Johnson's motion to continue, and the parties agreed at the status conference today on new dates for the re-trial. Pursuant to the discussion at the conference,

**IT IS ORDERED** that a **PRETRIAL CONFERENCE** will be held on **TUESDAY, FEBRUARY 22, 2022 at 10:30 A.M.**

---

[1] R. Doc. No. 1562.
[2] R. Doc. No. 1535.
[3] R. Doc. No. 1568.

**IT IS FURTHER ORDERED** that a **JURY TRIAL** will commence on **MONDAY, MARCH 28, 2022 at 8:30 A.M.**

In granting Johnson's motion to continue, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A). The ends of justice will be served by resolving the issues raised by the motion[4] for new trial filed by Esteves and Brumfield prior to Johnson's trial and a continuance will provide Johnson with the time necessary to effectively present a defense.

New Orleans, Louisiana, November 12, 2021.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[4] R. Doc. No. 1535.