**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | : |
| **OLIVER SARKO** | : Case No. 21-cr-591 (CKK) |
| Defendant. | : |

**ORDER**

Upon consideration of the Government's Motion to Continue the Sentencing Hearing, it is this 21st day of March, 2022, hereby:

**ORDERED** that the Sentencing Hearing will be continued until April 29, 2022 at 10:00 AM.

**SO ORDERED**

March 21, 2022
DATE

HONORABLE COLLEEN KOLLAR KOTELLY
UNITED STATES DISTRICT JUDGE