UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA. Plaintiff, | )<br>)<br>) |
| vs. | ) CASE NO: 1:21-cr-00591-CKK |
| | )<br>) |
| Oliver Sarko Defendant. | )<br>) |

**DEFENDANT'S MOTION FOR
A RECOMMENDATION TO A SPECIFIC BUREAU OF PRISONS DESIGNATION**

 Defendant Oliver Sarko by undersigned counsel, respectfully requests that the Court recommend to the Bureau of Prisons (BOP) that Mr. Sarko be placed at FPI Elkton located at 8730 Scroggs Road, Lisbon, Ohio 44432 to serve his 30 day jail sentence. The Defense believes that the location of the jail would be best suited for Mr. Sarko.

 On April 29, 2022, The Court sentenced Mr. Sarko to a 30 day jail sentence. Mr. Sarko is awaiting placement with BOP. Undersigned and Mr. Sarko believe that the facility FCI Elton, best suits his needs given his age and period of incarceration. Mr. Sarko currently resides Ohio and Mr. Sarko did his own research and found that this is close enough to where he lives. Upon research and investigation, he believes the FCI Elkton, best suits his needs.

 Mr. Sarko and counsel understand that the BOP, and not the Court, will ultimately determine where Mr. Sarko ultimately serves his sentence. The Defense request a recommendation to the BOP because the Defense that Mr. Sarko would benefit from imprisonment at this location.

WHEREFORE, Defendant respectfully prays that the Court recommends to the Bureau of Prisons that the Defendant be placed in the FCI Elkton, and for such further relief as is appropriate under the circumstances.

        Respectfully submitted,

        **Rollins and Chan Law Firm**
        /s/

---

Mark M. Rollins
419 7th Street, NW
Suite 405
Washington, DC 20004
Cell:  202-455-5002
Phone:  202-455-5610
Mark@rollinsandchan.com
*Counsel for Defendant, Mr. Sarko*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 5, 2022, the foregoing document was filed electronically.

/s/
Mark Rollins